PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1617 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE AND MOORE
445 Bellevue Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MOYSE HOWARD, JR. | ) | NO. C05-4069 SI |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER RE:** |
| | ) | **CONTINUING THE INITIAL CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| NATIONAL RAILROAD PASSENGER | ) | |
| CORPORATION dba AMTRAK, STEVE | ) | |
| SHELTON, PATSY HALL, JOE DEELY and | ) | |
| DOES 1 through 15 inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

///

///

///

The Court having read and considered Plaintiff's Ex Parte Application for Order continuing the Initial Case Management Conference, and good cause appearing therefore, the Court adopts the following pretrial schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Meet & Confer<br>File ADR Certificate | January 20, 2006 | February 20, 2006 |
| Initial Disclosures Due<br>File Rule 26(f) Objections<br>File Case Management Conference Statement | February 3, 2006 | March 6, 2006 |
| Case Management Conference | February 10, 2006 | March ~~13~~ 17, 2006 |

**IT IS SO ORDERED**.

Dated: _____  _____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge Susan Illston*

1141P201

-2-
[PROPOSED] ORDER (C 05-4069 SI)