IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOYSE HOWARD, JR.,

        Plaintiff,

  v.

NATIONAL RAILROAD,

        Defendant.
                                    /

No. C 05-04069 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

RESERVED FOR MOTION TO AMEND: May 19, 2006 at 9:00 a.m.

FURTHER CASE MANAGEMENT: June 30, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2006.

DESIGNATION OF EXPERTS: November 17, 2006; REBUTTAL: November 30, 2006.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 18, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by November 13, 2006;

    Opp. Due November 27, 2006; Reply Due December 4, 2006;

    and set for hearing no later than December 15, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 20, 2007 at 3:30 PM.

JURY TRIAL DATE: March 5, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties shall either file a stipulation or a motion for leave to file an amended complaint by 3/27/06. This case shall be referred to the Court's ENE program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/21/06

                                              SUSAN ILLSTON
                                              United States District Judge