PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, ESQ. (STATE BAR NO. 55228)
KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE AND MOORE
445 Bellevue Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR. | NO. C05-4069 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, et al. | |
| Defendants. | |

The parties to the above-entitled action hereby stipulate to extend the deadline to file a Second Amended Complaint from Monday, March 27, 2006 to Friday, March 31, 2006 in order to allow defense counsel more time to gain authorization for the stipulation from his clients. Defense counsel received the document from Plaintiff's counsel on the afternoon of Friday,

1141P209

-1-
STIPULATION AND [PROPOSED] ORDER (C05-4069 SI)

March 24, 2006. If authorization is not obtained, the parties stipulate that Plaintiff will file a Motion for Leave to file Second Amended Complaint on or before March 31, 2006.

**IT IS SO STIPULATED.**

Dated: March 27, 2006                               PRICE AND ASSOCIATES

                                                    ____/s/_____
                                                    P. BOBBY SHUKLA, Attorneys for
                                                    Plaintiff MOYSE HOWARD, JR.

Dated: March 27, 2006                               JACKSON LEWIS

                                                    ____/s/_____
                                                    SCOTT OBORNE, Attorneys for
Defendants
                                                    NATIONAL RAILROAD PASSENGER
                                                    CORPORATION dba AMTRAK, et al.

**ORDER**

The Court having read and considered the Stipulation and [Proposed] Order to Enlarge Time to file Second Amended Complaint and the Declaration of P. Bobby Shukla, and good cause appearing therefore, hereby orders that the parties have until March 31, 2006 to file a Stipulation regarding the filing of a Second Amended Complaint. In the event the parties do not stipulate, Plaintiff must file a Motion for Leave to File a Second Amended Complaint on or before March 31, 2006.

**IT IS SO ORDERED**.

Dated: _____                  _____
                                          HON. SUSAN ILLSTION
                                          UNITED STATES DISTRICT COURT