PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1617 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, ESQ. (STATE BAR NO. 55228)
KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE AND MOORE
445 Bellevue Avenue, Suite 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR. ) | NO. C05-4069 SI |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO FILE SECOND AMENDED** |
| v. ) | **COMPLAINT** |
| ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION dba AMTRAK, STEVE ) | |
| SHELTON, PATSY HALL, JOE DEELY and ) | |
| DOES 1 through 15 inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 15(a), the parties to the above-entitled action stipulate that Plaintiff may file and serve a Second Amended Complaint with the Court on March 31, 2006.

**IT IS SO STIPULATED.**

Dated: March 31, 2006    PRICE AND ASSOCIATES

_____/s/_____
P. BOBBY SHUKLA, Attorneys for Plaintiff
JORITA ADANANDUS

Dated: March 31, 2006    JACKSON LEWIS, LLP

_____/s/_____
SCOTT OBORNE, Attorneys for Defendants
SAFWAY SERVICES, INC.,
OSAI OSAI, and EDWIN ASCENIO

**ORDER**

Pursuant to the foregoing stipulation of the parties, and upon good cause appearing therefore, **IT IS HEREBY ORDERED** that the Plaintiff may file a Second Amended Complaint.

Dated: _____    _____
HON. SUSAN ILLSTON