IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD JR.,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, et al.,<br><br>    Defendants.<br>_____/ | No. C 05-4069 SI<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR RELIEF** |

    Plaintiff has filed a motion for relief under Federal Rule of Civil Procedure 60(b) seeking to excuse the untimely filing of plaintiff's third amended complaint. Defendants have filed a statement of non-opposition to the motion. Accordingly, the Court hereby GRANTS plaintiff's motion, and the September 1, 2006 hearing is VACATED. (Docket No. 38).

    **IT IS SO ORDERED.**

Dated: July 31, 2006

                                                     SUSAN ILLSTON<br>                                                     United States District Judge