MICHAEL J. CHRISTIAN (SBN 173727)
SCOTT OBORNE (SBN 191257)
JANINE R. HUDSON (SBN 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL,
and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
P. BOBBY SHUKLA (SBN 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, ESQ. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Ste 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR.<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive,<br><br>Defendants. | NO. C05-04069 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF**<br><br>Third Amended Complaint: July 17, 2006<br>Trial Date: March 5, 2007<br><br>HON. SUSAN ILLSTON |

1

Case No. C05-04069 SI
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF

1  **WHEREAS,** Plaintiff Moyse Howard, Jr. and Defendants National Railroad Passenger
2  Corporation ("Amtrak"), Steve Shelton, Patsy Hall, and Joe Deely ("Defendants") (Plaintiff and
3  Defendants collectively referred to herein as "the Parties") agree that extending the deadline for
4  non-expert discovery from October 31, 2006 to November 10, 2006 will afford the Parties
5  sufficient time to complete the necessary discovery, depositions and prepare for a meaningful and
6  productive mediation session;

7  **WHEREAS,** the Parties were referred to mediation to be conducted within the first two
8  weeks of November 2007;

9  **WHEREAS,** the Parties have scheduled depositions of defendants Joe Deely and Patsy
10 Hall for November 9 and November 10, 2006, respectively, and continue diligent efforts to meet
11 and confer regarding the deposition date of defendant Steve Shelton;

12 **WHEREAS,** the Parties have propounded and responded to written discovery in the form
13 of special interrogatories, request for admissions and requests for production of documents;

14 **WHEREAS,** the aforementioned extension will not affect the March 5, 2007 trial date or
15 any related pretrial dates set by this Court, and it appears that good cause exists for the entry of an
16 Order extending the non-expert discovery cutoff to November 10, 2006;

17 **IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto,
18 through their undersigned counsel, that the deadline for completing non-expert discovery
19 currently set for October 31, 2006 shall be extended to November 10, 2006.
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

2  Case No. C05-04069
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING NON-EXPERT DISCOVERY CUTOFF

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | | Respectfully submitted, |
| 3 | Date: October 24, 2006 | JACKSON LEWIS LLP |

By: /s/_____
    MICHAEL J. CHRISTIAN
    SCOTT OBORNE
    JANINE R. HUDSON

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL and
JOE DEELY

Dated: October 24, 2006        PRICE AND ASSOCIATES

By: /s/_____
    PAMELA Y. PRICE
    P. BOBBY SHUKLA

Attorneys for Plaintiff
MOYSE HOWARD, JR.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2006    /s/ Susan Illston
    HON. SUSAN ILLSTON