PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
P. BOBBY SHUKLA, ESQ. (STATE BAR NO. 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE & MOORE
445 Bellevue Avenue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

MICHAEL CHRISTIAN (STATE BAR NO. 173727)
SCOTT OBORNE (STATE BAR NO. 191257)
JANINE R. HUDSON (STATE BAR NO. 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR. ) | NO. C05-4069 SI |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO EXTEND NON-EXPERT DISCOVERY CUTOFF, MEDIATION DEADLINE AND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| v. ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1 through 15 inclusive, ) | |
| Defendants. ) | |

1141P248

-1-
STIPULATION AND [PROPOSED] ORDER (C05-4069 SI)

**WHEREAS,** Plaintiff Moyse Howard, Jr. ("Plaintiff") and Defendant National Railroad Passenger Corporation ("Defendant Amtrak"), Steve Shelton, Patsy Hall, and Joe Deely ("Defendants") agree that extending the deadline for non-expert discovery from November 10, 2006 to December 20, 2006 and the mediation deadline from occurring within the first two weeks of November 2006 to December 20, 2006, will afford the Parties sufficient time to complete the necessary discovery, depositions and prepare for a meaningful and productive mediation session;

**WHEREAS**, extending the deadline for non-expert discovery and for mediation to December 20, 2006, may result in the settlement of this case on or near December 20, 2006, the Parties further agree to extend the deadline to file dispositive motions from November 27, 2006 to December 27, 2006;

**WHEREAS,** the Parties have conducted some depositions in this matter and had scheduled several depositions in this matter that have been cancelled, now continue diligent efforts to meet and confer regarding the deposition schedule;

**WHEREAS,** the Parties have propounded and responded to written discovery in the form of special interrogatories, request for admissions and requests for production of documents;

**WHEREAS,** the aforementioned extension will not affect the March 5, 2007 trial date or any related pretrial dates set by this Court, and it appears that good cause exists for the entry of an Order extending the non-expert discovery cutoff and mediation deadline to December 20, 2006 and the deadline to file dispositive motions to December 27, 2006;

**IT IS HEREBY STIPULATED** by and between the Parties that the deadline for completing non-expert discovery currently set for November 10, 2006 shall be extended to December 20, 2006, the mediation deadline shall also be extended to December 20, 2006 and the deadline to file dispositive motions to December 27, 2006;

///
///
///

1  **IT IS SO STIPULATED.**

3  Dated: November 10, 2006    PRICE AND ASSOCIATES

5                                                    /s/
6  P. BOBBY SHUKLA, Attorneys for Plaintiff MOYSE HOWARD, JR.

8  Dated: November 10, 2006    JACKSON LEWIS LLP

10                                                    /s/
11  SCOTT OBORNE, Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY

14  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16  Dated: _____    /s/ Susan Illston
17  HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT