**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, | No. C 05-4069 SI |
| Plaintiff, | **ORDER DENYING THIRD-PARTY GATE GOURMET'S MOTION TO QUASH WITHOUT PREJUDICE** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ET AL, | |
| Defendant. | |

On November 2, 2006, third party Gate Gourmet ("Gate") filed a motion to quash plaintiff's third party subpoena compelling the deposition of Gate employee Dolores Mejia. The subpoena was served on October 31, 2006 and required Mejia to appear for a November 3, 2006 deposition. Gate's motion was based on the fact that the subpoena failed to allow a "reasonable time for compliance" as required by Federal Rule of Civil Procedure 45, and also because plaintiff's counsel failed to meet and confer with Mejia or Gate's counsel regarding scheduling of the deposition. Gate does not raise any other objection to Mejia's deposition.

On November 15, 2006, plaintiff filed an opposition to the motion to quash. Plaintiff states that the November 3, 2006 deposition did not occur because *inter alia*, plaintiff's counsel was ill. Plaintiff also states that prior to serving the subpoena, plaintiff met and conferred with defendant regarding the Mejia deposition, and that plaintiff is currently meeting and conferring with Gate's inside and outside counsel regarding the scheduling of the Mejia deposition.

In light of the representations made in plaintiff's opposition, it appears that Gate's objections to the subpoena are now moot. Accordingly, the Court DENIES Gate's motion without prejudice to

renewal if appropriate. (Docket No. 53).

**IT IS SO ORDERED.**

Dated: November 21, 2006

_____
SUSAN ILLSTON
United States District Judge