1   PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
    PRICE AND ASSOCIATES

2   The Latham Square Building
    1611 Telegraph Avenue, Suite 1450

3   Oakland, CA 94612
    Telephone:  (510) 452-0292

4   Facsimile: (510) 452-5625

5   HOWARD MOORE, JR. (STATE BAR NO. 55228)
    MOORE AND MOORE

6   445 Bellevue Avenue, Second Floor
    Oakland, CA 94610

7   Telephone: (510) 451-0104
    Facsimile: (510) 451-5056

8

    Attorneys For Plaintiff

9   MOYSE HOWARD, JR.

10   MICHAEL CHRISTIAN (STATE BAR NO. 173727)
    SCOTT OBORNE (STATE BAR NO. 191257)

11   JANINE R. HUDSON (STATE BAR NO. 206671)
    JACKSON LEWIS LLP

12   199 Fremont Street, 10th Floor
    San Francisco, CA 94105

13   Telephone: (415) 394-9400
    Facsimile: (415) 394-9401

14

    Attorneys For Defendants

15   NATIONAL RAILROAD PASSENGER
    CORPORATION, STEVE SHELTON,

16   PATSY HALL, JOE DEELY

17

18            **UNITED STATES DISTRICT COURT**

19           **NORTHERN DISTRICT OF CALIFORNIA**

20

21   MOYSE HOWARD, JR.          )   Case No. NO. C05-4069 SI
                                )

22         Plaintiff,            )
                                )   **STIPULATION AND [PROPOSED] ORDER**

23         vs.                 )   **TO MODIFY CASE SCHEDULING ORDER**
                                )

24   NATIONAL RAILROAD PASSENGER   )   **[FRCP Rule 16, L.R. 16-2(d)]**
    CORPORATION dba AMTRAK, STEVE   )

25   SHELTON, PATSY HALL, JOE DEELY and  )
    DOES 1 through 15 inclusive,       )

26                                 )
                                )

27         Defendants.         )
                                )

28                                 )
                                )

1    **WHEREAS,** while Plaintiff Moyse Howard, Jr. ("Plaintiff") and Defendant National

2    Railroad Passenger Corporation ("Defendant Amtrak"), Steve Shelton, Patsy Hall, and Joe Deely

3    ("Defendants") have expressed a mutual desire to explore the possibility of an amicable resolution of

4    this dispute, the Parties agree that additional time is needed to complete the discovery necessary to

5    engage in a meaningful and productive mediation;

6    **WHEREAS,** trial of the within matter is currently set for March 5, 2007;

7    **WHEREAS,** on November 13, 2006, though the Court granted the Parties' request by

8    Stipulation for an Order extending the dispositive motion filing deadline until December 27, 2006,

9    non-expert discovery cutoff until December 18, 2006, and the mediation deadline until December 20,

10    2006, the Parties are unable to meet the current pretrial deadlines—and, by extension, are unable to

11    meet the current trial deadline—because of the following circumstances:  (1) The unanticipated

12    departure from Plaintiff's counsel's firm of the associate assigned primary responsibility for preparing

13    this case for trial; (2) Delays resulting from a current dispute about rescheduling depositions; and (3)

14    The multiple trials set for early 2007 on Plaintiff's counsel's trial calendar;

15    **WHEREAS,** though P. Bobby Shukla was the Price And Associates associate who had

16    been assigned primary responsibility for trial preparation in this case, Ms. Shukla's employment with

17    Price And Associates ended on November 20, 2006;

18    **WHEREAS,** Ms. Shukla's unanticipated departure from Price And Associates has

19    created a severe staffing shortage, placing a tremendous strain on the limited resources of this small

20    firm, now struggling to fill the void left by Ms. Shukla's departure, not only in connection with this

21    case, but also in connection with a number of others for which she was also assigned primary

22    responsibility;

23    **WHEREAS,** Price And Associates' staffing challenges have been compounded by the

24    fact that, at or around the same time as Ms. Shukla departed, the firm suffered the temporary loss of a

25    paralegal who took bereavement leave for approximately three weeks due to the sudden death of her

26    mother in Los Angeles;

27    **WHEREAS,** although the Parties have completed special  interrogatories, requests for

28    admissions, and requests for production of documents, and have conducted some depositions, several

1    previously scheduled key depositions have been cancelled, and the Parties are engaged in diligent

2    efforts to meet and confer to reschedule these depositions;

3         **WHEREAS,** delays in rescheduling these depositions have occurred in part due to a

4    current dispute about the order of priority of the rescheduled depositions, a dispute which the Parties

5    are optimistic they will be able shortly to resolve by agreeing upon a firm schedule of depositions;

6         **WHEREAS**, the delay in resolving the dispute and rescheduling the depositions has

7    also occurred in part due to the staffing challenges faced by Price And Associates;

8         **WHEREAS,** the firm's staffing challenges are exacerbated by the grueling trial

9    calendar of Pamela Y. Price, lead counsel for Plaintiff;

10        **WHEREAS,** Ms. Price is currently in trial in this Court in *Walker v. Contra Costa,*

11   Case Number C 05-2800 TEH;

12        **WHEREAS**, additionally, on January 2, 2007, Ms. Price is set for trial in *Underwood*

13   *v. California Department of Corrections,* Solano County Superior Court Case No. FCS022899, on

14   January 8, 2007 in this Court in *Hardeman v. Amtrak*, Case No. C 04-3360 SI, and on January 30,

15   2007 in this Court in *Lazcano v. United States Postal Services,* Case No. C 05-3396 WHA;

16        **WHEREAS**, it is further noted that Ms. Price will be unavailable during the first half

17   of May, 2006 due to her son's wedding and younger daughter's graduation from college in

18   Washington D.C.

19

20        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS**

21   **FOLLOWS:**

22        1.    Pursuant to Federal Rules of Civil Procedure, Rule 16 and Local Rule 16-2 (d),

23   the foregoing constitutes the requisite good cause to request modification of the Case Scheduling

24   Order;

25        2.    The Parties propose the following revised case management schedule: Trial,

26   May 28, 2006; Final Pretrial Conference, May 15, 2007; Dispositive Motion Filing Deadline, March

27   7, 2007; and Expert and Non-Expert Discovery Completion Deadline, February 14, 2007; and

28   Mediation Deadline, February 28, 2007.

STIPULATION AND [PROPOSED] ORDER (C05-4069 SI)

1141

1

2

DATED: December 12, 2006

/s/
PAMELA Y. PRICE
PRICE AND ASSOCIATES
Attorneys for Plaintiff
MOYSE HOWARD

3

4

5

6

7

DATED: December 12, 2006

/s/
SCOTT OBORNE
JACKSON LEWIS LLP
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION, STEVE SHELTON,
PATSY HALL, JOE DEELY

8

9

10

11

12

13

14

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15

16

Dated: _____

_____
HON. SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1141
STIPULATION AND [PROPOSED] ORDER (C05-4069 SI)