| | |
|---|---|
| 1 | MICHAEL J. CHRISTIAN (SBN 173727) |
| | SCOTT OBORNE (SBN 191257) |
| 2 | JANINE R. HUDSON (SBN 206671) |
| | JACKSON LEWIS LLP |
| 3 | 199 Fremont Street, 10th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 394-9400 |
| | Facsimile: (415) 394-9401 |
| 5 | |
| | Attorneys for Defendants |
| 6 | NATIONAL RAILROAD PASSENGER |
| | CORPORATION dba AMTRAK, |
| 7 | STEVE SHELTON, PATSY HALL, |
| | and JOE DEELY |
| 8 | |
| | PAMELA Y. PRICE (SBN 107713) |
| 9 | P. BOBBY SHUKLA (SBN 229736) |
| | PRICE AND ASSOCIATES |
| 10 | The Latham Square Building |
| | 1611 Telegraph Avenue, Ste 1450 |
| 11 | Oakland, CA 94612 |
| | Telephone: (510) 452-0292 |
| 12 | Facsimile: (510) 452-5625 |
| 13 | |
| | HOWARD MOORE, ESQ. (SBN 55228) |
| 14 | MOORE AND MOORE |
| | 445 Bellevue Avenue, Ste 200 |
| 15 | Oakland, CA 94610 |
| | Telephone: (510) 451-0104 |
| 16 | Facsimile: (510) 451-5056 |
| 17 | |
| | Attorneys for Plaintiff |
| 18 | MOYSE HOWARD, JR. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 21 | MOYSE HOWARD, JR. | NO. C05-04069 SI |
| 22 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |
| 23 | v. | |
| 24 | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive, | Third Amended Complaint: July 17, 2006 |
| 25 | | Trial Date: May 29, 2007 |
| 26 | Defendants. | HON. SUSAN ILLSTON |

1

Case No. C05-04069 SI
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DISPOSITIVE MOTION DEADLINE

1  **WHEREAS,** Plaintiff Moyse Howard, Jr. and Defendants National Railroad Passenger Corporation ("Amtrak"), Steve Shelton, Patsy Hall, and Joe Deely ("Defendants") (Plaintiff and Defendants collectively referred to herein as "the Parties") agree that extending the deadline for filing dispositive motions from March 7, 2007 to March 14, 2007 will afford the Parties sufficient time to fully prepare their respective motions following the Court's ruling on Plaintiff's pending motions to compel further discovery in this matter;

**WHEREAS**, Plaintiff filed three motions to compel on February 26, 2007 seeking further discovery responses and additional depositions;

**WHEREAS**, the Parties participated in mediation on February 21, 2007 and continue to engage in good faith settlement discussions and the requested extension will help facilitate a resolution in this action;

**WHEREAS**, the aforementioned extension will not affect the May 29, 2007 trial date, and it appears that good cause exists for the entry of an Order extending the dispositive motion deadline to March 14, 2007;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, that the deadline for filing dispositive motions currently set for March 7, 2007 shall be extended to March 14, 2007. The Parties further stipulate that Plaintiff's opposition papers and Defendants' reply will be filed in accordance with the requirements and deadlines set forth in Civil Local Rule 7-3.

//
//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 5, 2007                          JACKSON LEWIS LLP

By: /s/
    MICHAEL J. CHRISTIAN
    SCOTT OBORNE
    JANINE R. HUDSON

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL and
JOE DEELY

Dated: March 5, 2007                          PRICE AND ASSOCIATES

By: /s/
    PAMELA Y. PRICE
Attorneys for Plaintiff
MOYSE HOWARD, JR.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2007              _____
                                                          HON. SUSAN ILLSTON

Motion hearing: April 27, 2007 at 9:00 a.m.