

Representing Management Exclusively in Workplace Law and Related Litigation

| | | | |
|---|---|---|---|
| Jackson Lewis LLP | ATLANTA, GA | LOS ANGELES, CA | SACRAMENTO, CA |
| 199 Fremont Street | BOSTON, MA | MIAMI, FL | SAN FRANCISCO, CA |
| 10th Floor | CHICAGO, IL | MINNEAPOLIS, MN | SEATTLE, WA |
| San Francisco, California 94105 | DALLAS, TX | MORRISTOWN, NJ | STAMFORD, CT |
| Tel 415 394-9400 | GREENVILLE, SC | NEW YORK, NY | WASHINGTON, DC REGION |
| Fax 415 394-9401 | HARTFORD, CT | ORLANDO, FL | WHITE PLAINS, NY |
| www.jacksonlewis.com | LONG ISLAND, NY | PITTSBURGH, PA | |

March 12, 2007

**VIA ELECTRONIC MAIL**

Hon. Susan Illston
United States District Court
Ctrm. 10, 19th Fl.
450 Golden Gate Ave.
San Francisco, CA 94102

        Re:    *Howard v. National Railroad Passenger Corporation, et al.*
              USDC, ND – Case No. C05-04069 SI

Dear Judge Illston:

        This letter is submitted on behalf of Defendants National Railroad Passenger Corporation, Joe Deely, Patsy Hall and Steve Shelton in the above-referenced matter regarding Plaintiff's refusal to stipulate to a brief extension for Defendants to file their summary judgment motion in accordance with Civil Local Rule 7-2.

        The Court has not ruled on Plaintiff's three motions to compel in this matter seeking voluminous records and several depositions. In light of these pending discovery issues, today, Defendants proposed a one-week extension on the filing of their dispositive motions, in part, to allow the Court additional time to rule on Plaintiff's motions to compel before Defendants are required to file their motion.

        We explained that in light of the Court setting the summary judgment hearing for April 27, 2007, Defendants' requested extension still allows for a timely filing of the motion and Plaintiff will have more than 35-days notice to prepare his opposition.

        Our concern is that Plaintiff is trying to force Defendants to file their dispositive motion before crucial discovery issues have been resolved, thereby affording Plaintiff the ability to conduct additional discovery prior to filing his opposition to Defendants' motion. Plaintiff's unwillingness to agree to this one-week extension is evidence of that motive.



Hon. Susan Illston<br>
March 12, 2007<br>
Page 2

We respectfully request the Court to either grant Defendants' request to file their dispositive motion by March 21, 2007, which is 37 days before the April 27, 2007 hearing date, or deny Plaintiff's pending discovery motions based on their refusal to stipulate to Defendants' proposal of this brief extension.

Respectfully submitted,

JACKSON LEWIS LLP

Janine R. Hudson

JRH

The Court grants a one week extension to file the motion for summary judgment.
File: 3/21/07, Opposition: 4/6/07, Reply 4/13/07.

