IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOYSE HOWARD,          No. C 05-4069 SI

    Plaintiff,          **ORDER RE: DISCOVERY**

  v.

NATIONAL RAILROAD PASSENGER CORPORATION, et al.,

    Defendant.

    Plaintiff has renewed a motion to compel four depositions.[1] The Court has reviewed the deposition excerpts provided by plaintiff, as well as the e-mail correspondence between counsel. The Court finds that counsel agreed that depositions of the individual defendants could take place after the discovery cut-off, but that there was never any similar agreement with respect to percipient witnesses. The e-mail correspondence between counsel reflects mutual difficulties regarding scheduling the individual defendants' depositions.

    Accordingly, the Court GRANTS plaintiff's motion to compel the depositions of defendants Hall and Shelton, and DENIES the balance of the motion. The parties shall meet and confer regarding the scheduling of the Hall and Shelton depositions.

**IT IS SO ORDERED.**

Dated: March 29, 2007

SUSAN ILLSTON
United States District Judge

---

[1] The parties' letter briefs are found at Docket Nos. 77 and 78.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
For the Northern District of California

2