PATRICK C. MULLIN (SBN 72041)
MICHAEL J. CHRISTIAN (SBN 173727)
SCOTT OBORNE (SBN 191257)
JANINE R. HUDSON (SBN 206671)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL,
and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, ESQ. (SBN 55228)
FANIA E. DAVIS, Esq. (SBN 87268)
MOORE AND MOORE
445 Bellevue Avenue, Ste 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive,<br><br>　　　　Defendants. | NO. C05-04069 SI<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL FILING DEADLINES FOR JURY INSTRUCTIONS AND EXHIBITS**<br><br>Pretrial Conference　　May 15, 2007<br>Trial Date:　　　　　　May 29, 2007<br><br>HON. SUSAN ILLSTON |

1　　　　　　　　　　　　　　　　　　　　　　Case No. C05-04069 SI
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL FILING DEADLINES

1  **WHEREAS,** Plaintiff Moyse Howard, Jr. and Defendants National Railroad Passenger Corporation ("Amtrak"), Steve Shelton, Patsy Hall, and Joe Deely ("Defendants") (Plaintiff and Defendants collectively referred to herein as "the Parties") agree that extending the deadline for exchanging and filing jury instructions from May 8, 2007 to May 10, 2007 will afford the Parties sufficient time to resolve any issues with the proposed jury instructions, thereby reducing the number of objections and separate jury instructions submitted to this Court;

**WHEREAS**, the Parties agree that extending the deadline to serve and file their respective objections to evidence on or before May 10, 2007 and to file a joint stipulation regarding admissibility of exhibits on or before May 11, 2007 will afford the Parties a meaningful opportunity to resolve any issues with their respective exhibits and file said stipulation as required by this Court;

**WHEREAS**, the Parties have met and conferred on May 3, 2007 and continue to meet and confer regarding the preparation of the aforementioned pretrial documents and the requested extension will help the Parties fully and properly complete these pretrial submissions;

**WHEREAS**, the aforementioned extension will not affect the May 29, 2007 trial date, and it appears that good cause exists for the entry of an Order extending the pretrial filing deadlines as set forth above;

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties hereto, through their undersigned counsel, that the deadline for exchanging and filing objections to jury instructions currently set for May 8, 2007 shall be extended to May 10, 2007. The Parties further stipulate that the deadline for filing objections to exhibits currently set for May 8, 2007 shall be extended to May 10, 2007 and the deadline for filing a stipulation regarding exhibits' admissibility be moved to May 11, 2007.

//
//
//
//

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: May 10, 2007                    JACKSON LEWIS LLP

By: /s/
   PATRICK C. MULLIN
   MICHAEL J. CHRISTIAN
   SCOTT OBORNE
   JANINE R. HUDSON

   Attorneys for Defendants
   NATIONAL RAILROAD PASSENGER
   CORPORATION dba AMTRAK,
   STEVE SHELTON, PATSY HALL and
   JOE DEELY

Dated: May 10, 2007                    PRICE AND ASSOCIATES

By: /s/
   PAMELA Y. PRICE
   Attorneys for Plaintiff
   MOYSE HOWARD, JR.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2007           _____
                                       HON. SUSAN ILLSTON

---

3                                                    Case No. C05-04069
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL FILING DEADLINES