```
 1  Patrick C. Mullin (State Bar No. 72041)
    Michael J. Christian (State Bar No. 173727)
 2  Scott W. Oborne (State Bar No. 191257)
    Janine R. Hudson (State Bar No. 206671)
 3  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 4  San Francisco, California 94105
    Telephone: (415) 394-9400
 5  Facsimile: (415) 394-9401

 6  Attorneys for Defendants
    NATIONAL RAILROAD PASSENGER
 7  CORPORATION dba AMTRAK,
    STEVE SHELTON, PATSY HALL,
 8  and JOE DEELY

 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOYSE HOWARD, JR. | Case No. C05-04069 SI |
|---|---|
| Plaintiff, | APPLICATION AND ORDER FOR TRIAL EQUIPMENT AND SUPPLIES TO BE ALLOWED THROUGH SECURITY |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive, | |
| Defendants. | |

Defendants NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, and JOE DEELY (collectively, "AMTRAK"), hereby request the Court to issue an Order allowing Amtrak to bring through security for the trial of the above-action, starting May 29, 2007, before the Honorable Judge Susan Illston, Department 10, the following items:

- Computers in the possession of Patrick C. Mullin, Esq. Michael J. Christian, Esq.
- Computer speakers;
- Laser Printer;
- Laser printer cartridge;

1

APPLICATION AND ORDER                                         Case No. C-96 03585 SI

1. • Reams of paper;
2. • Overhead Projector;
3. • Screen;
4. • Cart for Overhead Projector;
5. • Portable Easel with Large Paper Pads;
6. • Extension Cords; and
7. • Stand

Dated: May 23, 2007

JACKSON LEWIS LLP

By: /s/ Patrick C. Mullin
PATRICK C. MULLIN
MICHAEL J. CHRISTIAN
Attorneys for Defendant
NATIONAL RAILROAD PASSENGER
CORPORATION ("AMTRAK")

**ORDER**

IT IS SO ORDERED.

Dated: May ____, 2007

Honorable Susan Illston

---

2

APPLICATION AND ORDER          Case No. C05-04069 SI