PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
FANIA A. DAVIS, ESQ. (STATE BAR NO. 87268)
MOORE & MOORE
445 Bellevue Avenue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY,<br><br>　　　　Defendants. | NO. C05-4069 SI<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO COURTHOUSE**<br><br>DATE:　　　　May 29, 2007<br>TIME:　　　　8:30 A.M.<br>CTRM:　　　　10, 19th FLOOR<br><br>HON. SUSAN ILLSTON |

　　　　Being that a jury trial is scheduled to begin in the above-styled matter on May 29, 2007 and being that a request has been made by Plaintiff MOYSE HOWARD, JR. to allow the use of a projector, a table for projection purposes, a projection screen, an easel, a set of laptop speakers

1  and three laptops during said jury trial,

2      **IT IS HEREBY ORDERED** that the request to use said equipment during the jury

3  trial is hereby **GRANTED**; and

4      **IT IS FURTHER ORDERED** that the Court hereby allows that said equipment

5  may be brought into the courthouse for the jury trial, scheduled to begin May 29, 2007.

7  DATED: _____            _____

8                                 HON. SUSAN ILLSTON
                               U.S. DISTRICT COURT

9–28

1141P220PTP

-2-
[PROPOSED] ORDER FOR EQUIPMENT (C05-4069 SI)