IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOYSE HOWARD, JR.,

        Plaintiff,

  v.

NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK;
STEVE SHELTON;
PATSY HALL; and
JOE DEELY,

        Defendants.
                              /

No. C 05-4069 SI

**SPECIAL VERDICT**

The parties are hereby notified that the Court intends to provide the following form of special verdict to the jury.

Dated: June 26 2007

                                                          _____
                                                          SUSAN ILLSTON
                                                          United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR., <br><br> Plaintiff, <br> v. <br><br> NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; STEVE SHELTON; PATSY HALL; and JOE DEELY, <br><br> Defendants. <br>_____/ | No. C 05-4069 SI <br><br> **SPECIAL VERDICT** |

We, the jury in the above entitled action, find the following for our special verdict:

**DISPARATE TREATMENT**

**Question No. 1**:  Did plaintiff Moyse Howard  prove, by a preponderance of the evidence, that plaintiff's race was a motivating factor in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note:  if you answer "yes" for one or more of the  individual defendants, you must also answer "yes" for defendant Amtrak.)

    Steve Shelton        Yes _____          No _____

    Patsy Hall            Yes _____          No _____

    Joe Deely             Yes _____          No _____

    Amtrak               Yes _____          No _____

If all the answers to Question No. 1 are "no," please proceed to Question No.  3 . If any part of answer to Question No. 1 is "yes," please answer the next question.

**Question No. 2:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's race played no role in the employment decision?

                      Yes _____          No _____

Please answer the next question.

**RETALIATION**

**Question No. 3:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that he engaged in activities protected under federal law, such as complaining of racial discrimination in employment or participating in a proceeding, such as a trial, in which discrimination was an issue?

Yes _____        No _____

If the answer to Question No. 3 is "yes," please answer the next question. If the answer to Question No. 3 is "no," please proceed directly to Question No. 6.

**Question No. 4**: Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that any of these protected activities were motivating factors in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note: if you answer "yes" for one or more of the individual defendants, you must also answer "yes" for defendant Amtrak.)

| | | |
|---|---|---|
| Steve Shelton | Yes _____ | No _____ |
| Patsy Hall | Yes _____ | No _____ |
| Joe Deely | Yes _____ | No _____ |
| Amtrak | Yes _____ | No _____ |

If all the answers to Question No. 4 are "no," please proceed to Question No. 6. If any part of answer to Question No. 4 is "yes," please answer the next question.

**Question No. 5:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's protected activities played no role in the employment decision?

Yes _____        No _____

Please go to the next question.

**FAILURE TO PREVENT DISCRIMINATION**

**Question No. 6**: [NOTE: If your answer to Question No. 2 was "yes" or blank, <u>and</u> your answer to Question No. 5 was "yes" or blank, do not answer any further questions; instead, go to the end of this form, and sign and date it where indicated. Otherwise, please answer this question.] Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak failed to take reasonable steps to prevent the discrimination or retaliation against him?

Yes _____        No _____

If your answer to Question No. 6 is "no," please proceed to Question No. 8. If your answer to Question No. 6 is "yes," please answer the next question.

**Question No. 7**: Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak's failure to take reasonable steps to prevent the discrimination or retaliation against him was a substantial factor in causing plaintiff's removal from his management position as Oakland Crew Base Manager?

        Yes _____        No _____

Please answer the next question.

**DAMAGES**

**Question No. 8:** What amount of damages, if any, did plaintiff Moyse Howard prove were caused by defendants' actions?

    Past economic loss, including lost back pay    $_____

    Non-economic damages    $_____

Please answer the next question.

**Question No. 9:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that the conduct of any of the below listed defendants was malicious, oppressive or in reckless disregard of his rights, as those terms are defined in these instructions?

    Steve Shelton    Yes _____    No _____

    Patsy Hall    Yes _____    No _____

    Joe Deely    Yes _____    No _____

Dated: _____

                                                _____
                                                FOREPERSON