IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR., | No. C 05-4069 SI |
| Plaintiff, | |
| v. | **SPECIAL VERDICT** |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; STEVE SHELTON; PATSY HALL; and JOE DEELY, | |
| Defendants.   / | |

The parties are hereby notified that the Court will provide the following form of special verdict to the jury.

Dated: June 27, 2007

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR., | No. C 05-4069 SI |
| Plaintiff, | |
| v. | **SPECIAL VERDICT** |
| NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; STEVE SHELTON; PATSY HALL; and JOE DEELY, | |
| Defendants. / | |

We, the jury in the above entitled action, find the following for our special verdict:

**DISPARATE TREATMENT**

**Question No. 1**: Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that plaintiff's race was a motivating factor in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note: if you answer "yes" for one or more of the individual defendants, you must also answer "yes" for defendant Amtrak.)

    Steve Shelton    Yes _____    No _____

    Patsy Hall    Yes _____    No _____

    Joe Deely    Yes _____    No _____

    Amtrak    Yes _____    No _____

If all the answers to Question No. 1 are "no," please proceed to Question No. 3 . If any part of answer to Question No. 1 is "yes," please answer the next question.

**Question No. 2:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's race played no role in the employment decision?

    Yes _____    No _____

Please answer the next question.

**RETALIATION**

**Question No. 3:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that he engaged in activities protected under federal law, such as complaining of racial discrimination in employment or participating in a proceeding, such as a trial, in which discrimination was an issue?

Yes _____        No _____

If the answer to Question No. 3 is "yes," please answer the next question. If the answer to Question No. 3 is "no," please proceed directly to Question No. 6.

**Question No. 4**: Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that any of these protected activities were motivating factors in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note: if you answer "yes" for one or more of the individual defendants, you must also answer "yes" for defendant Amtrak.)

| | | |
|---|---|---|
| Steve Shelton | Yes _____ | No _____ |
| Patsy Hall | Yes _____ | No _____ |
| Joe Deely | Yes _____ | No _____ |
| Amtrak | Yes _____ | No _____ |

If all the answers to Question No. 4 are "no," please proceed to Question No. 6. If any part of answer to Question No. 4 is "yes," please answer the next question.

**Question No. 5:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's protected activities played no role in the employment decision?

Yes _____        No _____

Please go to the next question.

**FAILURE TO PREVENT DISCRIMINATION**

**Question No. 6**: [NOTE: If your answer to Question No. 2 was "yes" or blank, <u>and</u> your answer to Question No. 5 was "yes" or blank, do not answer any further questions; instead, go to the end of this form, and sign and date it where indicated. Otherwise, please answer this question.] Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak failed to take reasonable steps to prevent the discrimination or retaliation against him?

Yes _____        No _____

If your answer to Question No. 6 is "no," please proceed to Question No. 8. If your answer to Question No. 6 is "yes," please answer the next question.

**Question No. 7**: Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak's failure to take reasonable steps to prevent the discrimination or retaliation against him was a substantial factor in causing plaintiff's removal from his management position as Oakland Crew Base Manager?

     Yes _____     No _____

Please answer the next question.

**DAMAGES**

**Question No. 8:** What amount of damages, if any, did plaintiff Moyse Howard prove were caused by defendants' actions?

  Past economic loss, including lost back pay    $_____

  Non-economic damages    $_____

Please answer the next question.

**Question No. 9:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that the conduct of any of the below listed defendants was malicious, oppressive or in reckless disregard of his rights, as those terms are defined in these instructions?

  Steve Shelton   Yes _____     No _____

  Patsy Hall    Yes _____     No _____

  Joe Deely    Yes _____     No _____

If you answered "yes" to any part of Question No. 9, please answer the next question. Otherwise, go to the end of this form, and sign and date it where indicated.

**Question No. 10:** Did Amtrak prove, by a preponderance of the evidence, both that it made a good faith effort to comply with federal laws prohibiting discrimination and that the individual defendant's actions were contrary to Amtrak's good faith efforts to comply with such federal laws?

     Yes _____     No _____

Dated: _____

              _____
              FOREPERSON