United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION ET AL,

Defendant.

/

No. C 05-04069 SI

**JUDGMENT**

This action came on for trial before the jury, the Honorable Susan Illston, United States District Judge presiding. The issues having been tried before the Court and special verdict rendered on June 28, 2007.

IT IS ORDERED AND ADJUDGED that pursuant to the findings, judgment shall be entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED**.

Dated: 6/29/07

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUN 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MOYSE HOWARD, JR.,

Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK; STEVE SHELTON; PATSY HALL; and JOE DEELY,

Defendants.
_______________________________/

No. C 05-4069 SI

**SPECIAL VERDICT**

We, the jury in the above entitled action, find the following for our special verdict:

**DISPARATE TREATMENT**

**Question No. 1:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that plaintiff's race was a motivating factor in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note: if you answer "yes" for one or more of the individual defendants, you must also answer "yes" for defendant Amtrak.)

| | | |
|---|---|---|
| Steve Shelton | Yes ________ | No X |
| Patsy Hall | Yes ________ | No X |
| Joe Deely | Yes ________ | No X |
| Amtrak | Yes ________ | No X |

If all the answers to Question No. 1 are "no," please proceed to Question No. 3 . If any part of answer to Question No. 1 is "yes," please answer the next question.

**Question No. 2:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's race played no role in the employment decision?

Yes ________ No ________

Please answer the next question.

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

**RETALIATION**

**Question No. 3:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that he engaged in activities protected under federal law, such as complaining of racial discrimination in employment or participating in a proceeding, such as a trial, in which discrimination was an issue?

Yes __X__ No ____

If the answer to Question No. 3 is "yes," please answer the next question. If the answer to Question No. 3 is "no," please proceed directly to Question No. 6.

**Question No. 4:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that any of these protected activities were motivating factors in the decision by any of the following defendants to remove plaintiff from his management position as Oakland Crew Base Manager? (Note: if you answer "yes" for one or more of the individual defendants, you must also answer "yes" for defendant Amtrak.)

| | | |
|---|---|---|
| Steve Shelton | Yes ____ | No __X__ |
| Patsy Hall | Yes ____ | No __X__ |
| Joe Deely | Yes ____ | No __X__ |
| Amtrak | Yes ____ | No __X__ |

If all the answers to Question No. 4 are "no," please proceed to Question No. 6. If any part of answer to Question No. 4 is "yes," please answer the next question.

**Question No. 5:** Did defendant Amtrak prove, by a preponderance of the evidence, that it would have made the same decision to remove plaintiff from his management position as Oakland Crew Base manager even if plaintiff's protected activities played no role in the employment decision?

Yes ____ No ____

Please go to the next question.

**FAILURE TO PREVENT DISCRIMINATION**

**Question No. 6:** [NOTE: If your answer to Question No. 2 was "yes" or blank, and your answer to Question No. 5 was "yes" or blank, do not answer any further questions; instead, go to the end of this form, and sign and date it where indicated. Otherwise, please answer this question.] Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak failed to take reasonable steps to prevent the discrimination or retaliation against him?

Yes ____ No ____

If your answer to Question No. 6 is "no," please proceed to Question No. 8. If your answer to Question No. 6 is "yes," please answer the next question.

United States District Court
For the Northern District of California

**Question No. 7:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that Amtrak's failure to take reasonable steps to prevent the discrimination or retaliation against him was a substantial factor in causing plaintiff's removal from his management position as Oakland Crew Base Manager?

Yes __________ No __________

Please answer the next question.

**DAMAGES**

**Question No. 8:** What amount of damages, if any, did plaintiff Moyse Howard prove were caused by defendants' actions?

Past economic loss, including lost back pay $______________

Non-economic damages $______________

Please answer the next question.

**Question No. 9:** Did plaintiff Moyse Howard prove, by a preponderance of the evidence, that the conduct of any of the below listed defendants was malicious, oppressive or in reckless disregard of his rights, as those terms are defined in these instructions?

Steve Shelton Yes __________ No __________

Patsy Hall Yes __________ No __________

Joe Deely Yes __________ No __________

If you answered "yes" to any part of Question No. 9, please answer the next question. Otherwise, go to the end of this form, and sign and date it where indicated.

**Question No. 10:** Did Amtrak prove, by a preponderance of the evidence, both that it made a good faith effort to comply with federal laws prohibiting discrimination and that the individual defendant's actions were contrary to Amtrak's good faith efforts to comply with such federal laws?

Yes __________ No __________

Dated: 6-28-07

[signature]
FOREPERSON