| | |
|---|---|
| 1 | PATRICK C. MULLIN (SBN 72041) |
| 2 | MICHAEL J. CHRISTIAN (SBN 173727) |
|   | JANINE R. HUDSON (SBN 206671) |
| 3 | JACKSON LEWIS LLP |
|   | 199 Fremont Street, 10th Floor |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 394-9400 |
| 5 | Facsimile: (415) 394-9401 |

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL,
and JOE DEELY

PAMELA Y. PRICE (SBN 107713)
P. BOBBY SHUKLA (SBN 229736)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Avenue, Ste 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, ESQ. (SBN 55228)
MOORE AND MOORE
445 Bellevue Avenue, Ste 200
Oakland, CA 94610
Telephone: (510) 451-0104
Facsimile: (510) 451-5056

Attorneys for Plaintiff
MOYSE HOWARD, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOYSE HOWARD, JR.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, STEVE SHELTON, PATSY HALL, JOE DEELY and DOES 1-15, inclusive,<br><br>Defendants. | NO. C05-04069 SI<br><br>JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON MOTION FOR NEW TRIAL<br><br>Date: September 21, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Susan Illston<br>Ctrm.: 10; 19th Floor |

1     Case No. C05-04069 SI
JT STIPULATION / [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR NEW TRIAL

1  IT IS HEREBY STIPULATED AND AGREED by and between the Parties hereto,
2  through their undersigned counsel, that the scheduled September 21, 2007 hearing date of
3  plaintiff's motion for a new trial is to be continued to September 28, 2007 at 9:00 a.m. before the
4  Honorable Susan Illston, Courtroom 10, 19th Fl. Of the USDC, Northern District.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August __, 2007          JACKSON LEWIS LLP

By: _____
PATRICK C. MULLIN
MICHAEL J. CHRISTIAN
JANINE R. HUDSON

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK,
STEVE SHELTON, PATSY HALL and
JOE DEELY

Dated: August 17, 2007          PRICE AND ASSOCIATES

By: _____
PAMELA Y. PRICE
Attorneys for Plaintiff
MOYSE HOWARD, JR.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2007     _____
                                 HON. SUSAN ILLSTON

H:\N\National Railroad Passenger Corp (40707)\Howard (27749)\Pleadings\2007 081607 Stipulation & Order cnt Mo new trial hearing.doc

2                                                           Case No. C05-04069
JT STIPULATION / [PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR NEW TRIAL